175 A.3d 165

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROBERTO BURGOS, DEFENDANT–PETITIONER.

C–352 September Term 2017
079569

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000740–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.